IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01305-BNB

CRAIG DEWAYNE FORBES,

    Applicant,

v.

WARDEN KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2010

GREGORY C. LANGHAM
                 CLERK

## ORDER OF DISMISSAL

Applicant, Craig Dewayne Forbes, has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 challenging the validity of his conviction and sentence in Larimer County District Court case number 05CR221. Mr. Forbes also has filed a Motion to Dismiss Action Without Prejudice asking the Court to dismiss the instant action without prejudice because he has not exhausted state remedies for all of his claims in this action. The motion to dismiss will be granted. Accordingly, it is

ORDERED that the Motion to Dismiss Action Without Prejudice filed on June 4, 2010, is granted. It is

FURTHER ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __12th__ day of __July__, 2010.

BY THE COURT:

_s/Philip A. Brimmer_
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01305-BNB

Craig Dewayne Forbes
Prisoner No. 98360
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/13/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk